# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BONHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-03745-WLH-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

1    IT IS FURTHER ORERED that the Clerk serve forthwith copies of this Order and the
2 Judgment of this date on Plaintiff.

4 Dated: November 21, 2025.

```
                                    _____
                                    HON. WESLEY L. HSU
                                    UNITED STATES DISTRICT JUDGE
```