JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BONHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, ET AL.,<br><br>    Defendants. | No. 2:25-cv-03745-WLH-E<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 21, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE